

# NUMBER 13-21-00350-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE JESSICA AVALOS

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

On October 13, 2021, relator Jessica Avalos filed a petition for writ of mandamus seeking to compel the trial court to grant a motion to transfer venue under the Texas Family Code. *See* TEX. FAM. CODE ANN. § 155.201, *id.* § 155.204. The Court requests that the real party in interest, Dario Gilberto Encinia, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus

on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P.

52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
14th day of October, 2021.